

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2019

No. 04-19-00130-CV

Palmira P. **CUELLAR,** Ramiro Cuellar, and all other occupants,
Appellants

v.

**CVI LCF MORTGAGE LOAN TRUST I,**
Appellees

From the County Court, Duval County, Texas
Trial Court No. 18-C-1574
Honorable Ricardo O. Carrillo, Judge Presiding

# O R D E R

Sitting:  Patricia O. Alvarez, Justice
Irene Rios, Justice
Beth Watkins, Justice

The panel has considered Appellants' motion for rehearing; the motion is DENIED.  *See* TEX. R. APP. P. 49.3.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of November, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court